The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO.  CR20-197 RAJ |
|---|---|
| Plaintiff, | ORDER CONTINUING TRIAL DATE AND PRETRIAL MOTIONS DEADLINE |
| v. | |
| JOSE LUIS IBARRA-VALLE, JESUS GUTIERREZ-GARCIA, JESUS GARNICA-MELGOZA, HUMBERTO GARCIA, LEE WALLETTE, and TISHA GIRTZ, | |
| Defendants. | |

This matter comes before the Court on the stipulated motion of the government and Defendants Jose Ibarra-Valle, Jesus Garnica-Melgoza, and Tisha Girtz to continue the trial in this case, and to set a new pretrial motion cutoff consistent with the new trial date.  Having considered the motion, the joinders of Defendants Jesus Gutierrez-Garcia, Humberto Garcia, and Lee Wallette, the speedy trial waivers of the six moving defendants, and all the files and records herein, the Court finds and rules as follows:

The facts supporting continuing the trial and excluding the consequent delay are set forth in the Stipulated Motion to Continue, incorporated by this reference, and include the following: (a) the number of defendants charged; (b) the nature of the prosecution, which involves a wiretap investigation into activities in multiple jurisdictions over a

ORDER CONTINUING TRIAL DATE - 1
*U.S. v. Ibarra-Valle et al., CR20-197 RAJ*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

number of months; (c) the significant sentences faced by the defendants as currently charged, (d) the volume of discovery, (e) the likelihood of superseding indictments, and (f) the need for defense counsel to have an appropriate period to review discovery, consult with their clients, and prepare a defense.

Additional facts supporting continuing the trial and excluding the consequent delay include the following: (a) the COVID-19 pandemic has led the Court to limit the number of jury trials being held and it is unlikely that cases of this size can be tried in the immediate future, (b) COVID-19 pandemic has made it more difficult for counsel to consult with their clients, especially those who are incarcerated, and (c) the COVID-19 pandemic delays the ability of defendants to travel to this District. In this regard, the Court adopts the facts set forth in in its General Orders, which are incorporated by this reference, issued since the inception of the pandemic.

THIS COURT FINDS, pursuant to Title 18, United States Code, Section 3161(h)(7)(B)(i) and (ii) that this case and the related cases are sufficiently unusual and complex, due to the combination of the number of defendants, the nature of the prosecution, as well as the existence of novel questions of fact, that it is unreasonable to expect adequate preparation by the parties for pretrial proceedings or for the trial itself by the current trial date, or for the immediate future.

THE COURT THEREFORE FINDS that failure to grant the continuance in this case would likely make the continuation of this case impossible and result in a miscarriage of justice, because failing to continue this matter for a considerable period of time would deny counsel for the parties the reasonable time necessary for effective preparation, due to defense counsels' need for more time to review the considerable volume of discovery and evidence produced, and still to be produced, and to consider possible defenses and motions, taking into account the exercise of due diligence.

THE COURT FINDS, in light of these factors, that it is unlikely that the parties can be reasonably ready to try this matter before October 18, 2021, at the earliest.

ORDER CONTINUING TRIAL DATE - 2
*U.S. v. Ibarra-Valle et al., CR20-197 RAJ*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1    THIS COURT FINDS, pursuant to Title 18, United States Code, Section 3161(h)(6) and (7), that this is a reasonable period of delay in that all defendants who have appeared and been arraigned in this district have stipulated to this date.  The Court finds that given the complexity of the case, the number of defendants, and the volume of discovery produced, and still to be produced, that more time is, in fact, necessary.

   THIS COURT FINDS, therefore, that pursuant to Title 18, United States Code, Sections 3161(h)(6) and 3161(h)(7), the ends of justice will best be served by a continuance, and that they outweigh the interests of the public and the defendants in a speedy trial.

   THIS COURT FURTHER FINDS that all of the additional time requested between the current trial date of and the new trial date is necessary to provide counsel for the defendants the reasonable time necessary to prepare for trial.

   NOW, THEREFORE, IT IS HEREBY ORDERED that the parties' stipulated motion (Dkt. # 68) is GRANTED.  The trial date in this matter is continued from February 8, 2021, to October 18, 2021, at 9:00 a.m.

   IT IS FURTHER ORDERED that all pretrial motions, including motions in limine, shall be filed no later than September 2, 2021.

   IT IS FURTHER ORDERED that the time between the date of this order and the new trial date of October 18, 2021, is excluded in computing the time within which a trial must be held pursuant to Title 18, United States Code, Section 3161, et seq.

   DATED this 22nd day of January, 2021.

   *[signature: Richard A. Jones]*

   The Honorable Richard A. Jones
   United States District Judge

ORDER CONTINUING TRIAL DATE - 3
U.S. v. Ibarra-Valle et al., CR20-197 RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970