The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE LUIS IBARRA-VALLE and<br>HUMBERTO GARCIA,<br><br>Defendants. | NO.  2:20-cr-00197-RAJ<br><br>ORDER STRIKING<br>TRIAL DATE |

THIS MATTER comes before the Court *sua sponte*.  The trial for Defendants Jose Luis Ibarra-Valle and Humberto Garcia is currently set to commence on Monday, April 18, 2022.

On March 8, 2022, after conducting a hearing, Magistrate Judge Brian A. Tsuchida granted Defendant Jose Luis Ibarra-Valle's motion for new counsel.  On that same date attorney Peter Geisness was appointed as substitute counsel.  On March 17, 2022, Defendant Ibarra-Valle filed a motion to continue trial date (Dkt. 293), which remains pending.

On March 23, 2022, after conducting a hearing, Magistrate Judge Brian A. Tsuchida granted Defendant Humberto Garcia's motion for new counsel.  On March 29, 2022, attorney Stephan Illa was appointed as substitute counsel.  On March 30, 2022, defendant Garcia filed a response in opposition to Defendant Ibarra-Valle's motion to continue the trial date.

The Court has set a hearing for Friday, April 22, 2022 at 11:00 a.m., to consider Defendant Ibarra-Valle's motion to continue the trial date and to determine whether there is good cause to continue the trial date as to both defendants given the recent appointment of new counsel for both.

The current deadline for trial to commence pursuant to the Speedy Trial Act for Defendant Ibarra-Valle is June 9, 2022, and the deadline to commence trial for Defendant Garcia is May 18, 2022. The speedy trial deadlines for both defendants are currently being tolled while motions are pending.

The Court **STRIKES** the April 18, 2022 trial date pending its determination on the motion to continue trial date, which ruling will be made at the April 22, 2022 hearing.

DATED this 11th day of April, 2022.

*Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge

ORDER STRIKING TRIAL DATE - 2