Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>   v.<br><br>JOSE LUIS IBARRA-VALLE and<br>HUMBERTO GARCIA,<br><br>            Defendants. | No.  2:20-cr-00197-RAJ<br><br>ORDER GRANTING DEFENDANT IBARRA-VALLE AND DEFENDANT GARCIA'S UNOPPOSED MOTIONS TO CONTINUE PRETRIAL MOTIONS DEADLINE |

THIS MATTER came before the Court upon Defendant Jose Luis Ibarra-Valle's Unopposed Motion to Continue Pretrial Motions Deadline (Dkt. 336) and Defendant Humberto Garcia's Unopposed Motion to Continue Pretrial Motions Deadline (Dkt. 333). Having considered the motions, and finding good cause, the Court GRANTS the motions.

IT IS THEREFORE ORDERED that all pretrial motions, including motions in limine, shall be filed no later than July 29, 2022.

DATED this 18th day of July, 2022.

*Richard A. Jones*
HON. RICHARD A. JONES
United States District Judge