Judge Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> (1) JOSE LUIS IBARRA-VALLE, ) <br> (2) JESUS GUTIERREZ-GARCIA, ) <br> (3) JESUS GARNICA-MELGOZA, ) <br> (4) HUMBERTO GARCIA, ) <br> (5) SANTOS CARO, ) <br> (6) CHARLES HOFFMAN, ) <br> (7) LEE WALLETTE, and ) <br> (8) TISHA GIRTZ, ) <br> ) <br> Defendants. ) <br> ) | NO. 2:20-cr-00197-RAJ <br><br> ORDER ON STATUS REPORTS BY THE COORDINATING DISCOVERY ATTORNEY |

On April 28, 2021, the Court appointed Russell M. Aoki of Aoki Law PLLC as the Coordinating Discovery Attorney (CDA) in the above-captioned matters. As part of those orders, the Court directed the CDA to provide monthly status reports:

> The Coordinating Discovery Attorney shall also provide this Court with monthly *ex parte* status reports depicting the status of work and whether that work remains within the budget of any funds authorized by the Court, with the copy provided to defense counsel.

*U.S. v. Ibarra-Valle et al.*, 2:20-cr-0097-RAJ, Document 127, April 28, 2021, p. 3.

With only a sentencing hearing left, the Government has stopped producing discovery. There are no expenses for the CDA to monitor because Invendica is providing

ORDER - 1

its e-discovery review database service at no cost. Accordingly, the Court modifies its previous orders:

- The CDA is relieved of the duty of filing further monthly *ex parte* status reports.
- However, the CDA shall file a status report if the Government produces additional discovery.

IT IS SO ORDERED.

DATED this 3rd day of July, 2024.

*Richard A. Jones*
_____
The Honorable Richard A. Jones
United States District Judge

ORDER - 2